```
McGREGOR W. SCOTT
United States Attorney
ANNE PINGS
Assistant U.S. Attorney
501 I Street
Sacramento, California 95814
Telephone: (916) 554-2785
```

**FILED**

APR 1 5 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of Search Of:<br><br>**SK FOODS**<br>**1175 19TH AVENUE**<br>**LEMOORE, CALIFORNIA 93245;**<br>**AND PERSON AND VEHICLE OF**<br>**SCOTT SALYER** | No. 208-SW-0123 DAD<br><br>**SEALING ORDER** |

Upon Application of the United States of America and good cause having been shown,

**IT IS HEREBY ORDERED** that the Application for Search Warrant and the Affidavit filed in support thereof in the above-captioned matter be, and is, hereby ordered sealed until further order of this Court.

DATED: April 13, 2008

_____
DALE A. DROZD
U.S. Magistrate Judge