BENJAMIN B. WAGNER
United States Attorney
SEAN C. FLYNN
MATTHEW D. SEGAL
Assistant U.S. Attorneys
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

**FILED**

MAR 8 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF SEARCH OF:<br><br>SK FOODS<br>1175 19TH AVENUE<br>LEMOORE, CALIFORNIA 93245<br>AND PERSON AND VEHICLE OF<br>SCOTT SALYER | ) NO. 2:08-SW-0123-DAD<br>)<br>)<br>) MOTION AND ORDER TO UNSEAL<br>)<br>)<br>)<br>) |

The United States hereby moves this Court to unseal the search warrant, the search warrant application and all related filings in the above-captioned matter. Sealing is no longer necessary to protect any ongoing investigation.

Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: March 8, 2010     By: _/s/ Sean C. Flynn_
                             SEAN C. FLYNN
                             MATTHEW D. SEGAL
                             Assistant U.S. Attorneys

**SO ORDERED.**

DATED: 3-8-2010

_____
HON. EDMUND F. BRENNAN
U.S. Magistrate Judge